# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

October 1, 2024

To (via ECF):
Honorable Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza,
Brooklyn, New York 11201

> Re:    Martinez et al v. RSG Construction Corp. et al
>        Civil Docket No.: 1:22-cv-03469-JAM

Dear Judge Marutollo,

Our office represents Plaintiffs in the above-referenced FLSA matter, and we submit this letter pursuant to the Order dated September 26, 2024. Attached hereto as Exhibit 1 is the fully executed settlement agreement signed by all parties. Attached hereto as Exhibit 2 is the fully executed Confessions of Judgment.

We thank the Court for its' kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

/s/

_____
Katelyn Schillaci, Esq.

CC (via ECF):
James Roland Costo
Law Office of James Costo
11 Park Place
Ste. 600
New York, NY 10007
917-783-1505
Email: costolaw@gmail.com