UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN JOSE SANDINO MARTINEZ, *et al.*,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

          v.

RSG CONSTRUCTION CORP., *et al.*,

                              Defendants.
------------------------------------------------------------------X

**CONSENT JUDGMENT**

22-CV-3469
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

    Plaintiffs move for an entry of judgment based on the following set of facts:

1. Plaintiffs, JUAN JOSE SANDINO MARTINEZ, SOLIN ANTONIO ESCALANTE TORRES, DALMACIO ENRIQUEZ HERNANDEZ, JOSE ENRIQUE, CHARLES CECILIO VASQUEZ REYES, SIMEON DOMINIGUEZ BRAVO, ARNULFO VASQUEZ BASURTO, MARLENY RAMOS PLACENCIA, DUGLAS EPISMENIO CACAO TZUL, RIGOBERTO TENAS NAJARRO, UBER ANTONIO TZILIN, MILTON DE JESUS VALLADARES, ILSIAS ELI TENAS NAJARRO, STANLEY MICHELL MERCEDES CARVAJAL, CRISTIAN ANTONIO RODRIGUEZ LOPEZ, ISRAEL SANTIAGO CARDOZA, JORGE RUBEN MORALES SANCHEZ, MARIO DE JESUS NAVARRO, OSCAR FERNANDO REYES ROSALES, JOSE LUIS SOSA HERNANDEZ, CRISPIN SUAREZ, ANGEL ISRAEL RODRIGUEZ GARCIA, CAROLINA BERENICE RAMIREZ SORIANO, SILVIO CRUZ GALEAN ARMENGOL, BYRON STALIN MAROTO VALLEJO, EDWIN SANDINO MORENO, NELSON T. MANZANARES, ANGEL ARNULFO FAJARDO

1

VASQUEZ, ZENAIDA ENRIQUEZ HERNANDEZ, MIGUEL EDUARDO CEFLA SILVA, JOSUE ANDRES SAN MARTIN RENDON, CAMILO RAMOS MATA, LUIS ENRIQUEZ ENRIQUEZ, JOSE ALFREDO MORALES PAREDES, ANGEL PEREZ CERVANTES, EZEQUIEL ANZURES BARRETO, JOSEPH FRANCISCO GUZMAN SANTAMARIA, CARLOS ALFREDO BARRETO ANZUREZ, ALVARO DE JESUS GUZMAN SANTAMARIA, JUAN HUEPALCALCO SALOMA, JUAN MARCELO ACTEOPAN CARVENTE, and VIRGINIA TOCAY NIJ, ("Plaintiffs"), commenced this action under the Fair Labor Standards Act against Defendants, RSG CONSTRUCTION CORP. and NYC LINE CONTRACTORS INC., HARJIT SINGH, NAVJIT SINGH and GURPREET SINGH, as individuals ("Defendants") pursuant to the filing of the Summons and collective action Complaint on June 13, 2022. Dkt. No. 1.

2. Plaintiffs and the Defendants (collectively, "the parties") reached a settlement in resolution of all claims asserted by Plaintiffs against Defendants in this matter in the amount of $300,000.00.

3. The parties submitted their motion for settlement approval with the Court on July 29, 2024, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (Dkt. No. 30) and was supplemented with the parties' fully executed Settlement Agreement (*See* Dkt. No. 35-1) and fully executed Confessions of Judgment (*See* Dkt. No. 35-2) annexed thereto on October 1, 2024. (Dkt. No. 35) (hereinafter, the "Agreement,").

4. On October 9, 2024, the Court granted the Parties' request for approval of their Settlement Agreement.

2

5. Pursuant to the parties' Settlement Agreement, the Defendants were required to pay the first installment of $100,000.00 within 60 days of the Court's approval of the Agreement, and the sum of $200,000.00 within 60 days after the first installment.

6. To date, the Defendants have not made any payments to Plaintiffs and to Plaintiffs' attorneys pursuant to the Settlement Agreement and are now in default as to their payment obligations.

7. On August 7, 2025, the parties appeared for pre-motion conference and the Defendants have consented that a judgment be entered against them.

8. Pursuant to Paragraph 2 of the Agreement (Dkt. No. 35-1 ¶ 2), Defendants agreed to Confessions of Judgment in the amount of $600,000.00, less 200% of total payments made.

**Whereas**, pursuant to the Defendants' fully executed Confessions of Judgment and the Defendants' consent that judgment be entered against them, and upon the agreement of the parties; it is hereby:

**ORDERED**, that Plaintiffs **JUAN JOSE SANDINO MARTINEZ, SOLIN ANTONIO ESCALANTE TORRES, DALMACIO ENRIQUEZ HERNANDEZ, JOSE ENRIQUE, CHARLES CECILIO VASQUEZ REYES, SIMEON DOMINIGUEZ BRAVO, ARNULFO VASQUEZ BASURTO, MARLENY RAMOS PLACENCIA, DUGLAS EPISMENIO CACAO TZUL, RIGOBERTO TENAS NAJARRO, UBER ANTONIO TZILIN, MILTON DE JESUS VALLADARES, ILSIAS ELI TENAS NAJARRO, STANLEY MICHELL MERCEDES CARVAJAL, CRISTIAN ANTONIO RODRIGUEZ LOPEZ, ISRAEL SANTIAGO CARDOZA, JORGE RUBEN MORALES SANCHEZ, MARIO DE JESUS**

3

NAVARRO, OSCAR FERNANDO REYES ROSALES, JOSE LUIS SOSA HERNANDEZ, CRISPIN SUAREZ, ANGEL ISRAEL RODRIGUEZ GARCIA, CAROLINA BERENICE RAMIREZ SORIANO, SILVIO CRUZ GALEAN ARMENGOL, BYRON STALIN MAROTO VALLEJO, EDWIN SANDINO MORENO, NELSON T. MANZANARES, ANGEL ARNULFO FAJARDO VASQUEZ, ZENAIDA ENRIQUEZ HERNANDEZ, MIGUEL EDUARDO CEFLA SILVA, JOSUE ANDRES SAN MARTIN RENDON, CAMILO RAMOS MATA, LUIS ENRIQUEZ ENRIQUEZ, JOSE ALFREDO MORALES PAREDES, ANGEL PEREZ CERVANTES, EZEQUIEL ANZURES BARRETO, JOSEPH FRANCISCO GUZMAN SANTAMARIA, CARLOS ALFREDO BARRETO ANZUREZ, ALVARO DE JESUS GUZMAN SANTAMARIA, JUAN HUEPALCALCO SALOMA, JUAN MARCELO ACTEOPAN CARVENTE, and VIRGINIA TOCAY NIJ**, individually and on behalf of all others similarly situated are entitled to a judgment in the amount **$600,000.00**, against defendants, **RSG CONSTRUCTION CORP. and NYC LINE CONTRACTORS INC., HARJIT SINGH, NAVJIT SINGH and GURPREET SINGH, as individuals**, jointly and severally, arising from defendants' default under the parties' Settlement Agreement, with post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961; plus a fifteen percent (15%) penalty increase if judgment is not paid within ninety (90) days, as provided for in NYLL § 198(4) and attorneys' fees and costs for entering and enforcing the judgment.

Dated:    Brooklyn, New York            SO ORDERED.
          August 29, 2025

                                          */s/ Joseph A. Marutollo*
                                          JOSEPH A. MARUTOLLO
                                          United States Magistrate Judge

4